UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-3445 FMO (MRWx) | Date | February 21, 2018 |
|---|---|---|---|
| Title | Tom Whalley, et al. v. Ghobad M. Rahiminedjad, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of December 6, 2017, the parties were granted an extension of time to complete a settlement conference before a private mediator no later than February 15, 2018. (See Dkt. 24, Court's Order of December 6, 2017, at 2). Pursuant to the Court's Order of July 7, 2017 (See Dkt. 18, Court's Order of July 7, 2017, at 18), if the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **February 28, 2018**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of July 7, 2017 and December 6, 2017. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |