KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
SROTHSCHILD@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff and Counter-Defendant Tom Whalley, Trustee of the Afeni Shakur Trust

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TOM WHALLEY, TRUSTEE OF THE AFENI SHAKUR TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GHOBAD M. RAHIMINEDJAD aka GOBI M. RAHIMI, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 2:17-3445 FMO (MRWx)<br>[*Hon. Fernando M. Olguin Presiding*]<br><br>**[Proposed] PRETRIAL EXHIBIT STIPULATION; DECLARATION OF STEPHEN D. ROTHSCHILD**<br><br>Date: November 6, 2018<br>Time: 8:45 a.m.<br>Crtrm.: 6D<br><br>Action Commenced: May 5, 2017<br>Pretrial Conf.: Sept. 28, 2018<br>Trial: Oct. 16, 2018 |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Tom Whalley, Trustee of the Afeni Shakur Trust (the "Trust"), respectfully submits the following proposed pretrial exhibit stipulation. As more fully set forth in the attached declaration of Stephen D. Rothschild, counsel for

3982.066/1349774.4

defendant Gobi M. Rahimi ("Rahimi) has failed and refused to make himself available timely to finalize the stipulation. Accordingly, the Trust has been unable to obtain Rahimi's consent to the stipulation.

### PLAINTIFF'S EXHIBITS

Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| 4. | 6/12/1996 Statement of Domestic Corporation of 24/7 Productions, Inc.. [Robinson Depo. Exh. 4] | Yes | | |
| 6. | 1/21/1997 letter from Tracy D. Robinson "To Whom It May Concern." [Robinson Depo. Exh. 6] | Yes | | |
| 8. | 4/3/1996 production Agreement for the Tupac Shakur Music Video 2 of *Amerikaz Most Wanted*, between Look Hear Productions and Interscope Records. [Robinson Depo. Exh. 8] | Yes | | |
| 18. | 3/26/2001 assignment of Contract from Tracey D. Robinson to Anthony K. Campbell. [Robinson Depo. Exh. 18] | Yes | | |
| 19. | 12/3/1996 letter from Tracy D. Robinson to Richard Fischbein. [Robinson Depo. Exh. 19] | Yes | | |
| 20. | Undated video Production Check Log. [Robinson Depo. Exh. 20] | Yes | | |
| 25. | 6/12/1996 statement of Domestic Corporation of 24/7 Productions, Inc. with post-it by Gobi Rahimi. [Robinson Depo. Exh. 4] | Yes | | |

**PLAINTIFF'S EXHIBITS**
Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| 26. | 4/22/1998 letter to J. Iovine, from Gobi Rahimi. [Rahimi Depo. Exh. 26] | Yes[1] | | |
| 27. | 5/29/1998 unsigned agreement among Afeni Shakur, Gobi Nejad (Rahimi) and Tracy D. Robinson. [Rahimi Depo. Exh. 27] | Yes | | |
| 28. | 7/8/1996 letter from Gobi Nejad (Rahimi) to Suge Knight. [Rahimi Depo. Exh. 28] | Yes | | |
| 29. | 2/10/1997 letter from Gobi Nejad (Rahimi) to Richard Beyman. [Rahimi Depo. Exh. 29] | Yes | | |
| 30. | 1/15/1998 letter from Gobi Rahimi to Nina Shaw. [Rahimi Depo. Exh. 30] | Yes | | |
| 34. | Undated Gobi Rahimi Reddit post. [Rahimi Depo. Exh. 34] | Yes | | |
| 61. | Undated contact sheets. [Rahimi Depo. Exh. 61] | Yes | | |
| 201. | Undated letter from Tracy D. Robinson to Afeni Shakur. [Robinson 000115-Robinson 000117] | Yes | | |
| 202. | Amaru's registration with the State of California pursuant to Civil Code Section 3344.1 of Afeni Shakur's assignment of her rights to Tupac Amaru | Yes | | |

---

[1] The Trust has inserted "yes" as to the parties' stipulation to the admissibility of its exhibits because Rahimi has not advised the Trust that he has any objections to the Trust's exhibits, although he has had ample opportunity to do so.

KING, HOLMES, PATERNO & SORIANO, LLP

3982.066/1349774.4

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| | **PLAINTIFF'S EXHIBITS** Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al. Case Number: CV 2:17-3445 FMO (MRWx) | | | |
| | Shakur's name, likeness and voice to Amaru. [2pp.] | | | |
| 203. | Undated IMDb page for *The Defiant Ones*, a documentary about Iovine and Andre Young pka Dr. Dre. [4pp.] | Yes | | |
| 204. | 11/22/2017 Defendant's Response to Plaintiffs Request for Production of Documents. [16pp.] | Yes | | |
| 205. | 4/11/2001 Order Approving Fifth and Final Account and Report of Co-Administrators and Petitioners for Settlement of Account, for Allowance of Commissions and Costs for Statutory and Extraordinary Services, and for Final Distribution in *Estate of Tupac Shakur, aka Tupac Amaru Shakur, aka Tupac Shakur, deceased*, Los Angeles Superior Court Case No. BP042683. [6pp.] | Yes | | |
| 206. | 10/4/2004 Afeni Shakur-Davis Separate Property Trust, redacted. [P000583 – P000587] | Yes | | |
| 207. | 10/4/2004 Deed of Transfer by Afeni Shakur to Afeni Shakur-Davis, as Trustee of the Afeni Shakur-Davis Separate Property Trust, dated 11/12/2004/ [AMARU 007232 – AMARU 007234] | Yes | | |
| 208. | 11/22/2016 Fifth Amendment to Afeni Shakur-Davis Separate | Yes | | |

KING, HOLMES, PATERNO & SORIANO, LLP

**PLAINTIFF'S EXHIBITS**
Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
|  | Property Trust, Renamed Herein as the Afeni Shakur Trust, appointing Tom Whalley as Trustee of the Trust, redacted. [2pp.] |  |  |  |
| 209. | 10/2005 A book by Gobi Rahimi, *Thru My Eyes - Thoughts On Tupac Amaru Shak in Pictures and Words*, Foreword by Afeni Shakur. [7pp] | Yes |  |  |
| 210. | 8/17/2004 release between Muhammed G. Rahiminedjad and Amaru Entertainment, Inc. [GR00001] | Yes |  |  |
| 211. | 6/5/2012 email from Molly Monjauze to Gobi Rahimi. [GR00192 – GR00195] | Yes |  |  |
| 212. | 3/24/2005 email from Dina LaPolt to Gobi Rahimi. [GR00285-GR00288] | Yes |  |  |
| 213. | 07/27/1996 Unsigned agreement among Tupac Amaru Shakur, Tracy D. Robinson and Ghobad Rahiminedjad. [GR00294 | Yes |  |  |
| 214. | 7/26/2018 Declaration of Gobi M. Rahimi. | Yes |  |  |
| 215. | 12/4/2017 Deposition transcript of Tracy Robinson. (232 pp.) | Yes |  |  |
| 216. | Illustrative/Demonstrative Exhibits |  |  |  |
| 217. | Pleadings/ Discovery |  |  |  |
| 218. | Documents relating to the advertisement, marketing, promotion and sale of photographs of Tupac | To be produced at trial |  |  |

**PLAINTIFF'S EXHIBITS**
Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
|  | Shakur during the past two years. |  |  |  |
| 219. | Copies of all footage and/or photographs of Tupac Shakur licensed by Rahimi for *The Defiant Ones* | Yes |  |  |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KING, HOLMES,
PATERNO &
SORIANO, LLP

3982.066/1349774.4

6

**DEFENDANT'S EXHIBITS**
Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| 3. | Log Re: Audio Visual Tapes Bates No. GR00082-GR00107 | Yes | | |
| 7. | July 8, 1996 – Letter from Gobi to Suge Knight Bates No. GR00561 | Yes | | |
| 9. | Jan. 21, 1997 – Frederique was retained as set photographer Bates No. P000167-P000171 | | Relevancy | |
| 10. | Amaru Films Operating Agreement Bates No. GR00196 | Yes | | |
| 11. | Apr. 15, 1999 – Letter of Tracy resigning from Amaru Films Bates No. GR00535-GR00536 | Yes | | |
| 12. | Nov. 15, 2000 – Letter from Tracy to Gobi resigning Bates No. GR525 | Yes | | |
| 13. | Nov. 23, 2000 – Letter from Tracy to Gobi Bates No. GR00522 | Yes | | |
| 14. | Oct. 12, 1999 – Gobi Rahimi's Certificate of Registration for Copyrights of video footage, photographs, pictures, and conversations of/with Tupac Shakur Bates No. GR00419-GR00422 | Yes | | |
| 15. | Sept. 1, 2000 – "Acquisition Agreement" between Amaru Ent. Inc. and Gobi Rahimi and Tracy Robinson Bates No. GR00527-GR00529 [Tracy Robinson Depo.] [Also used in Monjuaze depo.] | Yes | | |

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| | **DEFENDANT'S EXHIBITS** <br> Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al. <br> Case Number: CV 2:17-3445 FMO (MRWx) | | | |
| 16. | Nov. 1, 1999 – "Acquisition Agreement" between The Estate of Tupac Shakur and Gobi Rahimi and Tracy Robinson. 9 Images licensed for $5000 for "Still I Rise." <br> Bates No. GR00532-GR00533 <br> [Tracy Robinson Depo also marked as Exh. 43 in Tom Whalley Depo] | Yes | | |
| 17. | Apr. 13, 2001 – Letter form Campbell to Gobi <br> Bates No. GR00428 | | Hearsay, Relevancy | |
| 40. | Nov. 27, 2017 – Tom Whalley, Trustee of Afeni Shakur Trust's Responses to Defendant's First Request for Production of Documents and Things. [Tom Whalley Depo] | Yes | | |
| 41. | Oct. 16, 2000 (date on cover letter)– "Photography Licensing Agreement" between Amaru Shakur and Urban Warrior Films, Gobi Rahimi and Tracy Robinson <br> Bates No. GR00526-GR00529 <br> (Also marked as Exh. 15 in Tracy's Depo but without cover letter) [In Monjuaze deposition the cover letter by itself, 1 page, is Exh. 60) | Yes | | |
| 42. | June 15, 2004 – Confidentiality and Consulting Agreement by and between Amaru Ent. Inc. and Gobi Rahimi. <br> Bates No. GR00136-GR00145 [Tom Whalley Depo] | | Relevancy | |

KING, HOLMES, PATERNO & SORIANO, LLP

## DEFENDANT'S EXHIBITS
Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| 44. | May 15, 2001 – "Non-Disclosure Agreement" between The Estate and Gobi Rahimi [Tom Whalley Depo] | | hearsay, lacks foundation, opinion | |
| 45. | June 4, 2012 – E-mail chain with Gobi, Counsel for the Estate, Molly re: Copyright Registrations [Bates No. GR00364 – GR00367] [Tom Whalley Depo] | Yes | | |
| 46. | Nov. 8, 2016 – Email chain Re: Timeline regarding Tupac and Gobi [very hard to follow re who is saying what] Bates No. P000173-P000176 [Tom Whalley Depo] | Yes | | |
| 47. | Mar. 24, 2017 – Tom Whalley, Trustee of Afeni Shakur Trust's Complaint for: Declaratory Relief, Breach of Contract, Accounting [Molly's Depo] | | Relevancy | |
| 60. | Oct. 16, 2000 – Cover letter ONLY of "Photography Licensing Agreement" between Amaru Shakur and Urban Warrior Films, Gobi Rahimi and Tracy Robinson" Bates No. GR00292 (Also marked as Exh. 15 in Tracy's Depo without cover letter and marked as Exh. 41 in Tom Whalley Depo WITH cover letter) | | relevancy, lacks foundation, hearsay | |
| 62. | May 15, 2001 – Letter to Dina LaPolt from Helfant Bates No. GR00530-GR00531 | | hearsay, lacks foundation, opinion | |
| 63. | Mar. 24, 2005 – E-mail | Yes | | |

KING, HOLMES, PATERNO & SORIANO, LLP

3982.066/1349774.4

# DEFENDANT'S EXHIBITS

Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al.
Case Number: CV 2:17-3445 FMO (MRWx)

| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
|---|---|---|---|---|
| | between Gobi and Dina LaPolt; Tupac picture show | | | |
| 64. | May 25, 2005 – E-mail between Gobi and Molly re book forward<br>Bates No. P002308-P002309 | Yes | | |
| 65. | May 9, 2011 – E-mail chain re Estate asking Gobi to turn over all "paperwork" re IP Assets | Yes | | |
| 66. | June 5, 2012 – E-mail from Molly to Gobi re "Harold does say..."<br>Bates No. GR00364-GR00367 | Yes | | |
| 67. | Oct. 11, 2006 – E-mail re license agreement<br>Bates No. P002312-P002317 | Yes | | |
| 301. | Nov. 24, 2009 – e-mail from Kia Kamran to Dina LaPolt. SUBJECT: Rahimi -w- Campbell/ Settlement.<br><br>Attachment: Settlement Agreement b/w Gobi and Campbell Bates No. P000119-P000125, P000128-P000129 | | Hearsay, Lacks Foundation | |
| 302. | June 6, 2012 – E-mail chain with Kia Kamran and Peter Paterno<br><br>Bates No. P000141-P000143<br><br>ATTACHMENT: Registration Correction Document Bates No. P000177-P000179 | Yes | | |
| 303. | Dec. 13, 2016 – Letter from Howard King to Gobi Rahimi, "Re: Tupac | | Relevancy | |

KING, HOLMES, PATERNO & SORIANO, LLP

| | | | | |
|---|---|---|---|---|
| **DEFENDANT'S EXHIBITS** <br> Case Name: Tom Whalley, et al. v. Gobi M. Rahimi, et al. <br> Case Number: CV 2:17-3445 FMO (MRWx) | | | | |
| Exhibit No. | Description | Stip. to Adm.? | Objection | Response to Objection |
| | Shakur," <br><br> Bates No. P000177-P000179 | | | |
| 304. | Aug. 17, 2004 – "Release Agreement" between Gobi Rahimi and Amaru Ent. Inc. <br><br> Bates No. GR00001 | Yes | | |
| 305. | Tupac Resurrection (book) "Photo License Agreement" between Gobi Rahimi and Amaru Ent. Inc. and Remote Productions Inc. <br><br> Bates No. GR00135 | Yes | | |
| 306. | Feb. 8, 2007 – "Film and Video Footage Agreement" Aslan Productions and Gobi Rahimi Re: Biggie Documentary License for 22 secs of footage. <br><br> Bates No. GR00164-GR00167 | Yes | | |
| 307. | 2007 – "Photograph and Content Permission Agreement" between Gobi Rahimi and "becker & mayer!" (Book Productions) for *Tupac Remembered* <br><br> Bates No. GR00168-GR00169 | Yes | | |

KING, HOLMES, PATERNO & SORIANO, LLP

3982.066/1349774.4

IT IS SO STIPULATED.

DATED: October 11, 2018     KING, HOLMES, PATERNO & SORIANO, LLP

By: _____/s/ Stephen D. Rothschild_____
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiff and Counter-Defendant Tom Whalley, Trustee of the Afeni Shakur Trust

DATED: October __, 2018     SITTLER LAW GROUP

By: _____
RONALD K. SITTLER
Attorney for Defendant/Counter-Claimant Gobi M. Rahimi

KING, HOLMES,
PATERNO &
SORIANO, LLP

3982.066/1349774.4

12