UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-3445 FMO (MRWx) | Date | June 5, 2019 |
|---|---|---|---|
| Title | Tom Whalley, et al. v. Ghobad M. Rahiminedjad, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

The court was advised that the above-captioned action had settled in its entirety, (see Dkt. 86, Court's Order of February 12, 2019), and ordered the parties to file a Stipulation Re: Dismissal no later than March 29, 2019. (See Dkt. 87, Court's Order of February 14, 2019; see also Dkt. 86, Court's Order of February 12, 2019). The dismissal papers were not filed by the March 29, 2019, deadline and the parties did not ask for an extension of the deadline to file the dismissal papers. However, it appears that the parties engaged in further settlement discussions with the Magistrate Judge on May 2, 2019. Nevertheless, there has been no activity in the case since May 2, 2019. Accordingly, IT IS ORDERED THAT:

1. No later than **June 20, 2019**, the parties shall show cause in writing, under penalty of perjury, why sanctions should not be imposed and/or why the action should not be dismissed for failure to comply with the Court's Orders. A Motion to Enforce Settlement will be deemed a sufficient response to this Order to Show Cause.

2. Failure to respond to this Order to Show Cause by the deadline set forth above shall result in the imposition of sanctions and/or dismissal of this action for lack of prosecution. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |