UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TOM WHALLEY, TRUSTEE OF THE AFENI SHAKUR TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GHOBAD M. RAHIMINEDJAD aka GOBI M. RAHIMI, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 17-3445 FMO (MRWx)<br>[*Hon. Fernando M. Olguin Presiding*]<br><br>**ORDER ON EX PARTE APPLICATION [109]**<br><br><br>Action Commenced: May 5, 2017<br>Trial:                October 16, 2018 |

The Court, having considered the Application of plaintiff Tom Whalley, as Trustee of the Afeni Shakur Trust (the "Trust"), to file Exhibit 3 to the March 19, 2025, Declaration of Aaron Carey in Support of the Trust's Motion for Order to Show Cause re: Contempt against defendant Ghobad M. Rahiminedjad aka Gobi M. Rahimi ("Rahimi"), under seal, and for an order prohibiting Rahimi from disseminating or disclosing the contents of Exhibit 3 to any third party except to any attorney he may retain to represent him in the above-entitled action, and good cause appearing therefor,

3982.066/3066364.1

1. The application is GRANTED.

2. The Trust shall file the following material under seal:

Exhibit 3 to the March 19, 2025, Declaration of Aaron Carey

3. Rahimi is hereby ordered to maintain the confidentiality of Exhibit 3 and its contents, and not to disseminate or disclose its contents to any third party except any attorney he may retain to represent him in the instant action.

**IT IS SO ORDERED.**

DATED: May 1, 2025

By: _____/s/_____
Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE